IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 03-cr-00036-10-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DWAYNE WILSON,

        Defendant.
_____

ORDER DENYING MOTION FOR NEW HEARING PURSUANT TO FEDERAL
RULE CIVIL PROCEDURE 60(B)(4)(6)
_____

On March 24, 2008, the defendant filed a motion to be resentenced which this Court denied by an order entered March 31, 2008, because the defendant was sentenced to the mandatory minimum sentence of 240 months imposed on Counts 1, 2, 4 and 12 of the Superseding Indictment pursuant to jury verdict. On June 4, 2008, the defendant filed a motion designated Motion for New Hearing Pursuant to Federal Rule Civil Procedure 60[B][4][6], asserting that the Court did not have jurisdiction to sentence because Rule 32 was not followed. The memorandum in support of that motion also asserts that the government did not prove the offenses for which he was sentenced. This motion and memorandum are insufficient to grant any relief and are frivolous. Accordingly, it is

ORDERED that the motion designated Motion for New Hearing Pursuant to Federal Rule Civil Procedure 60[B][4][6] is denied.

DATED: June 18th, 2008

                                    BY THE COURT:
                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge