**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**December 14, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| In re: | |
| DWAYNE WILSON, | No. 12-1439 (D.C. Nos. 1:08-CV-01818-RPM & 1:03-CR-00036-RPM-10) |
| Petitioner. | (D. Colo.) |

## ORDER

Before **LUCERO**, **EBEL**, and **HARTZ**, Circuit Judges.

On December 6, 2012, we entered an order inviting a response from the district court to Mr. Wilson's petition for writ of mandamus to the extent that it sought docketing of, consideration of, and a decision on his motion for relief under 28 U.S.C. § 2255. The district court has filed a response to the petition, attaching its December 11, 2012, order denying Mr. Wilson's § 2255 application. As a result, the petition for writ of mandamus has been made moot and is dismissed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk