IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 03-cr-00036-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

On January 17, 2012, this Court entered an order denying Dwayne Wilson's Motion for Modification of Imposed Term of Imprisonment by the judgment entered on June 3, 2005, contending that he should be entitled to the change in the mandatory prison term for crack cocaine enacted in the Fair Sentencing Act of 2010. That ruling was affirmed by the Tenth Circuit Court of Appeals by its Order and Judgment entered August 9, 2012. On June 21, 2013, the Clerk of this court received and filed a motion for reconsideration pursuant to 18 U.S.C. § 3582(c)(2). Mr. Wilson now claims that even though the statutory change is not retroactive, he should be considered for a reduction in sentence under the Equal Protection clause in the United States Constitution on the grounds that the prior sentencing law was racially discriminatory. There is no legal support for that claim and it is therefore

ORDERED that the motion for reconsideration is denied.

DATED: June 27th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge