IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01818-RPM
(Criminal Action No. 03-cr-00036-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

ORDER DENYING AMENDED MOTION
_____

    On December 11, 2012, this Court entered an order denying Dwayne Wilson's Motion Under 28 U.S.C. § 2255.  On September 19, 2013, the Tenth Circuit Court of Appeals entered an order denying certificate of appealability to contest that denial.  On October 7, 2013, Dwyane Wilson filed what is headed an Amended Motion under 28 U.S.C. § 2255 to Correct Sentence Pursuant to Fed.R.Civ.P. 15(c) and/or in the a Motion for Reconsideration."  There being no merit to this pleading, it is

    ORDERED that the amended motion is denied.

    DATED:  October 9th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge