IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01818-RPM
(Criminal Action No. 03-cr-00036-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

## ORDER DENYING MOTIONS
_____

On September 19, 2013, the Tenth Circuit Court of Appeals issued an order denying certificate of appealability requested by Dwayne Wilson and dismissed his appeal from this Court's denial of his motion under 28 U.S.C. § 2255. On October 28, 2013, Dwayne Wilson filed a motion for recusal of this Judge and the motion for reconsideration of an amended motion. Mr. Wilson has no matters pending before this Court and it is therefore

ORDERED that these motions are denied.

DATED: October 30th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge