IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01818-RPM
(Criminal Action No. 03-cr-00036-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

ORDER DENYING AMENDED MOTION
_____

On October 20, 2013, this Court entered an order denying Dwayne Wilson's motion for recusal of this Judge and the motion for reconsideration of an amended motion. On January 30, 2014, the Tenth Circuit Court of Appeals entered an order denying certificate of appealability to contest that denial and vacating this Court's denial of Defendant Wilson's amended § 2255 motion. Pursuant to the Tenth Circuit Court of Appeals Order [Doc. 1321], it is now

ORDERED that what is headed an "Amended Motion under 28 U.S.C. § 2255 to Correct Sentence Pursuant to Fed. R. Civ. P. 15(c) and/or in the a Motion for Reconsideration" [1308] is dismissed for lack of jurisdiction.

DATED:   June 6th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge